1004

[No. 14602-5-I. Division One. June 17, 1985.]

*In the Matter of* JANNA LALLY.

THE STATE OF WASHINGTON, *Appellant,* v. JANNA LALLY, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 83-8-00086-4, Frank A. Morrow, J. Pro Tem., entered March 27, 1984. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Corbett, C.J., and Coleman, J.

[No. 13194-0-I. Division One. June 17, 1985.]

GERALD A. COOK, ET AL, *Respondents,* v. JERRY KING, ET AL, *Appellants,* TED ANGELL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 82-2-00485-1, Byron L. Swedberg, J., entered April 19, 1983. *Affirmed* by unpublished opinion per Corbett, C.J., concurred in by Swanson and Williams, JJ.

[No. 6376-3-III. Division Three. June 18, 1985.]

LARRY TATRO, ET AL, *Appellants,* v. WEST VALLEY SCHOOL DISTRICT NO. 208, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 83-2-00169-1, F. James Gavin, J., entered February 17, 1984. *Reversed* by unpublished opinion per Green, C.J., concurred in by McInturff and Thompson, JJ.